| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>jscura@scura.com<br>John J Scura, III, Esq.. (Attorney ID 022771993) | |
| *In re:*<br><br>ERIC MICHAEL SCHRAGEN,<br><br>                                             Debtors. | Case No. 18-23659 -JKS<br><br>Hon. John K. Sherwood<br><br>Chapter 13<br><br>Hearing Date: September 13, 2018 @ 11:00 |

**Order Filed on September 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

### ORDER AUTHORIZING THE FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO SUBSTITUTE INTO CASE AS DEBTOR'S COUNSEL

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: September 19, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtors: Eric Michael Schragen
Case No.: 18-23659-JKS
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Substitute into the Case as Debtor's Counsel
_____

THIS MATTER having been brought to the Court by John J. Scura, III, Esq., attorney with the law firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order to substitute into the above captioned bankruptcy case (the "Case") as Debtor's counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP is hereby substituted into the Case as counsel for the Debtor Eric Michael Schragen.