**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
jscura@scura.com
John J Scura, III, Esq.. (Attorney ID 022771993)

**Order Filed on September 19,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

*In re:*

ERIC MICHAEL SCHRAGEN,

                      Debtors.

Case No. 18-23659 -JKS

Hon. John K. Sherwood

Chapter 13

Hearing Date: September 13, 2018 @ 11:00

**ORDER AUTHORIZING THE FIRM OF SCURA, WIGFIELD,
HEYER, STEVENS & CAMMAROTA, LLP TO SUBSTITUTE INTO
<u>CASE AS DEBTOR'S COUNSEL</u>**

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: September 19,
2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtors: Eric Michael Schragen
Case No.: 18-23659-JKS
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Substitute into the Case as Debtor's Counsel
_____

THIS MATTER having been brought to the Court by John J. Scura, III, Esq., attorney with the law firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order to substitute into the above captioned bankruptcy case (the "Case") as Debtor's counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP is hereby substituted into the Case as counsel for the Debtor Eric Michael Schragen.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23659-JKS
Eric Michael Schragen                                                 Chapter 13
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              John J. Scura, III    on behalf of Debtor Eric Michael Schragen jscura@scurameatey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal
               ey.com;jscura@scura.com;mmack@scura.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5