Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23659−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Eric Michael Schragen
 dba Integrity Financial Services, dba
 Integrity Financial Advisors LLC
 14 Alpine Drive
 Denville, NJ 07834

Social Security No.:
 xxx−xx−2167

Employer's Tax I.D. No.:
 81−1444213

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2018
JAN: zlh

                 Jeanne Naughton
                 Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                      Case No. 18-23659-JKS
Eric Michael Schragen                                                       Chapter 13
                        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2            User: admin                 Page 1 of 1             Date Rcvd: Dec 19, 2018
                                Form ID: 148                Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
517634212      +Ivan Schragen,    2 Morse Drive,    Maplewood, NJ 07040-2007
517717272      +Rushmore Poan,    Management Services, LLC,    PO Box 514707,    Los Angeles, CA 90051-4707
517634213      +Sondra Schragen,    2 Morse Drive,    Maplewood, NJ 07040-2007
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: BECKLEE.COM Dec 20 2018 04:43:00      American Express,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA  19355-0701
517717273      +EDI: AMEREXPR.COM Dec 20 2018 04:43:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517744591       EDI: BECKLEE.COM Dec 20 2018 04:43:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517749606       EDI: BL-BECKET.COM Dec 20 2018 04:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517717271      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2018 00:23:26      Ditech,    PO Box 6154,
                 Rapid City, SD 57709-6154
517760210       E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2018 00:23:26      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517740703      +EDI: MID8.COM Dec 20 2018 04:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517749580       EDI: PRA.COM Dec 20 2018 04:43:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
517639455      +EDI: RMSC.COM Dec 20 2018 04:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517757365      +EDI: AIS.COM Dec 20 2018 04:48:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517817666*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              John J. Scura, III    on behalf of Debtor Eric Michael Schragen jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
               osito@scuramealey.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```