Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−23659−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Michael Schragen
   dba Integrity Financial Services, dba
   Integrity Financial Advisors LLC
   14 Alpine Drive
   Denville, NJ 07834

Social Security No.:
   xxx−xx−2167

Employer's Tax I.D. No.:
   81−1444213

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      1/24/19
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$1,987.25

EXPENSES

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 2, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23659-JKS
Eric Michael Schragen                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 02, 2019
                      Form ID: 137    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.
```
db          +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
cr           American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
517717273   +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517744591    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
517749606    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517634212   +Ivan Schragen,    2 Morse Drive,    Maplewood, NJ 07040-2007
517717272   +Rushmore Poan,    Management Services, LLC,    PO Box 514707,    Los Angeles, CA 90051-4707
517634213   +Sondra Schragen,    2 Morse Drive,    Maplewood, NJ 07040-2007
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 01:07:43      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:40      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517717271   +E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2019 01:07:27      Ditech,    PO Box 6154,
              Rapid City, SD 57709-6154
517760210    E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2019 01:07:27      Ditech Financial LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
517740703   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 03 2019 01:07:40      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517749580    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2019 01:11:44
              Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517639455   +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2019 01:11:23      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517757365   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 03 2019 01:11:47      Verizon,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517817666*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2019 at the address(es) listed below:
```
          Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          David L. Stevens    on behalf of Debtor Eric Michael Schragen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
          John J. Scura, III    on behalf of Debtor Eric Michael Schragen jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
           osito@scuramealey.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```